n/a

JUDGE RAKOFF

Cardillo & Corbett
Attorneys for Plaintiff
NORTH CHINA SHIPPING (SINGAPORE) PTE. LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

08 CV 7579

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING (SINGAPORE)      :
PTE. LTD.,                            :
                                      :
                    Plaintiff,        :   ECF
                                      :   RULE 7.1 STATEMENT
         -against-                    :
                                      :
FALCON SHIPPING,                      :
                                      :
                    Defendant.        :
------------------------------------x

*RECEIVED AUG 27 2008 U.S.D.C. S.D.N.Y. CASHIERS*

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, NORTH CHINA SHIPPING (SINGAPORE) PTE. LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         August 27, 2008

                        CARDILLO & CORBETT
                        Attorneys for Plaintiff,
                        NORTH CHINA SHIPPING (SINGAPORE)
                        PTE. LTD.

By: _____
               Tulio R. Prieto (TP 8455)