```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING (SINGAPORE)    :
PTE. LTD.,                          :
                                    :
                  Plaintiff,        :   ORDER APPOINTING
                                    :   PERSON TO SERVE
          -against-                 :   PROCESS
                                    :   08 Civ. 7579 (JSR)
FALCON SHIPPING,                    :
                                    :
                  Defendant.        :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08-28-08

   Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

   Upon reading the Affidavit of Tulio R. Prieto, sworn to August 27, 2008, and good cause having been shown,

   IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:   New York, New York
         August 27, 2008

                                    _____
                                    United States District Judge