UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING (SINGAPORE)      :
PTE. LTD.,                            :
                                      :
                    Plaintiff,        :   ECF
                                      :   **NOTICE OF DISMISSAL**
         -against-                    :   **PURSUANT TO FRCP**
                                      :   **RULE 41(a)(1)**
FALCON SHIPPING,                      :   08 Civ. 7579 (JSR)
                                      :
                    Defendant.        :
------------------------------------x

        PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:   New York, New York
         September 3, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff,
                                NORTH CHINA SHIPPING (SINGAPORE)
                                PTE. LTD

                By:  _/s/ Tulio R. Prieto_
                      Tulio R. Prieto (TP 8455)

                      Office and P.O. Address
                      29 Broadway, Suite 1710
                      New York, New York 10006
                      Tel: (212) 344-0464